JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OSHER RECTSPAT and ALLISHA KAHAUMALU REYES,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00209-JCM-EJY<br><br>**Stipulation and Order**<br><br>**(Third Request)** |

Plaintiffs Osher Rectspat and Allisha Kahaumalu Reyes and United States of America, on behalf of Federal Defendants Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Ur M. Jaddou, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiffs filed their Complaint on February 9, 2023.

Plaintiffs served the United States with a copy of the Summons and Complaint via Certified Mail on February 14, 2023.

1. The current deadline for the United States to respond to the Plaintiffs' Complaint is on October 16, 2023.

2. Plaintiffs and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 45-day extension of time, from October 16, 2023, to November 30, 2023, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the third request for an extension of time.

3. Defense counsel has been informed by the Agency that it issued a Notice of Intent to Deny (NOID) Plaintiffs' application. The NOID provides Plaintiffs with 30 days to gather and submit evidence to rebut the issues raised in the NOID. Therefore, the parties request this additional time to allow them to resolve this matter, without the need for additional cost or further court intervention.

4. Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to November 30, 2023.

5. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 2nd day of October 2023.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Gary Fink<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  October 2, 2023**