1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  R. THOMAS COLONNA
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Richard.Colonna@usdoj.gov
6  *Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OSHER RECTSPAT and ALLISHA KAHAUMALU REYES,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00209-JCM-EJY<br><br>**Stipulation and Order**<br><br>**(Fourth Request)** |

Plaintiffs Osher Rectspat and Allisha Kahaumalu Reyes and United States of America, on behalf of Federal Defendants Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Ur M. Jaddou, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiffs filed their Complaint on February 9, 2023.

Plaintiffs served the United States with a copy of the Summons and Complaint via Certified Mail on February 14, 2023.

The current deadline for the United States to respond to the Plaintiffs' Complaint is on November 30, 2023.

Plaintiffs and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 90-day extension of time, from November 30, 2023, to February 28, 2024, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the fourth request for an extension of time.

Defense counsel was informed by the Agency that it approved Plaintiffs' I-130 application, however Plaintiff's I-485 application is still pending. The Agency scheduled an interview and sent a I-485 interview notice to the Plaintiff and will need this additional time to adjudicate Plaintiff's I-485's application. Therefore, the parties request this additional time to allow them to resolve this matter, without the need for additional cost or further court intervention.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to February 28, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 20th day of November 2023.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Gary Fink<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE**

**JUDGE DATED: November 20, 2023**