JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSHER RECTSPAT and ALLISHA KAHAUMALU REYES,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00209-JCM-EJY<br><br>**Stipulation and Order**<br><br>**(Fifth Request)** |

Plaintiffs Osher Rectspat and Allisha Kahaumalu Reyes and United States of America, on behalf of Federal Defendants Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Ur M. Jaddou, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiffs filed their Complaint on February 9, 2023.

Plaintiffs served the United States with a copy of the Summons and Complaint via Certified Mail on February 14, 2023.

The current deadline for the United States to respond to the Plaintiffs' Complaint is on February 28, 2024.

Plaintiffs and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 30-day extension of time, from February 28, 2024, to March 29, 2024, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the fifth request for an extension of time.

Defense counsel was informed by the Agency that it is waiting on a response from Plaintiff by February 23, 2024, regarding a Notice it sent to Plaintiff, in order to continue processing Plaintiff's petition.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to March 29, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 22nd day of February, 2024.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Gary Fink<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 22, 2024