GARY S. FINK, ESQ.
Nevada Bar No. 8064
REZA ATHARI & ASSOCIATES
A Multi-Jurisdictional Law Office
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777; FAX: (702) 458-8508
ATTORNEY FOR THE PLAINTIFF**S**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OSHER RECTSPAT and ALLISHA KAHAUMALU REYES,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-00209-JCM-EJY<br><br>**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, Osher Rectspat, Allisha Kahaumalu Reyes, and the Defendants, U.S. Citizenship and Immigration Services, et al., by and through undersigned counsel, and hereby file this Notice of Stipulated Dismissal with prejudice under Federal Rule of Civil Procedure §41(a)(1)(A)(ii). Since the date of the filing of the Complaint in this case, the Defendants have formally adjudicated the Plaintiffs' I-485 application and issued a decision regarding the application.

Therefore, this case is now moot.

The Parties stipulate to dismissal of this case with prejudice and with all parties to bear their own fees and costs.

DATED this 28th day of March, 2024

Respectfully Submitted by:

/s/ Gary S. Fink
_____
GARY S. FINK, ESQ.
NEVADA BAR NO. 8064
REZA ATHARI & ASSOCIATES
A Multijurisdictional Firm
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777
FAX: (702) 458-8508
ATTORNEY FOR PLAINTIFFS

Agreed to by:

/s/ R. Thomas Colonna
_____
R. THOMAS COLONNA
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
ATTORNEY FOR DEFENDANTS

DATED:  April 8, 2024.

_____
U.S. DISTRICT JUDGE

2